UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CINCY JOSHUA, INDIVIDUALLY AND ON BEHALF OF MINOR DAUGHTER KHAI WASHINGTON** | **CIVIL ACTION** |
| **VERSUS** | **NO:  06-2399** |
| **ROGER COGBURN, SHERWIN WILLIAMS AND AIG INSURANCE COMPANY** | **SECTION: "S" (5)** |

## ORDER AND REASONS

Plaintiff, Cincy Joshua, individually and on behalf of her minor daughter, Khai Washington, moves this court to remand this matter to state court for lack of subject matter jurisdiction because the mater does not exceed the $75,000 jurisdictional limit required under 28 U.S.C. § 1332.  Plaintiff has filed a stipulation that the total amount recoverable for any and all claims, demands and/or causes of action arising out of or related to the accident that is at issue in this lawsuit does not exceed $75,000.  As a result of the stipulation, defendants do not oppose the case being remanded.

**IT IS HEREBY ORDERED** that plaintiff's Motion To Remand is **GRANTED.**  (Doc.

#4).

New Orleans, Louisiana, this  23rd  day of October, 2006.

*[signature: Mary Ann Vial Lemmon]*
 MARY ANN VIAL LEMMON
 UNITED STATES DISTRICT JUDGE